**Appeal Dismissed and Memorandum Opinion filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00196-CV

### DOMINIC MONARITI, Appellant

### V.

### ANTHONY MONARITI AND CATERINA TORRESS NEE MONARITI, Appellees

On Appeal from Probate Court No. 2
Harris County, Texas
Trial Court Cause No. 486937

## MEMORANDUM OPINION

This appeal is from a judgment signed January 31, 2022. The clerk's record was filed March 30, 2022. The reporter's record was filed April 14, 2022. No brief was filed.

On November 8, 2022, this court issued an order stating that unless appellant filed a brief on or before December 8, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Bourliot, and Wilson.